AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
10/21/2025
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -05860(1) - MAT |
| | § |
| (1) JUAN CARLOS GONZALEZ-FRAYRE | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 18, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.
in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

October 21, 2025              at  EL PASO, Texas
Date                              City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -05860(1)

WESTERN DISTRICT OF TEXAS

(1) JUAN CARLOS GONZALEZ-FRAYRE

FACTS   (CONTINUED)

557.

The DEFENDANT, Juan Carlos GONZALEZ-Frayre, an alien to the United States and a citizen of MEXICO was found approximately 3.2 miles east of the Ysleta Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of MEXICO, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to MEXICO on 10/01/2015 through DEL RIO, TX.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been granted 1 voluntary return, the last on July 28, 2007, through DEL RIO, TX
The DEFENDANT has been removed 3 times, the last one being to MEXICO on October 1, 2015, through DEL RIO, TX


CRIMINAL HISTORY:
04/22/2014, OKLAHOMA CITY, OK, DRIVING UNDER THE INFLUENCE OF ALCOHOL(M), CNV, $1562 FINE.
04/22/2014, OKLAHOMA CITY, OK, TRANSPORTING OPEN CONTAINER OF BEER(M), CNV, $302 FINE.
04/22/2014, OKLAHOMA CITY, OK, NO STATE DRIVER LICENSE(M), CNV, $502 FINE.
04/22/2014, OKLAHOMA CITY, OK, FAILURE TO YIELD RIGHT OF WAY FROM PRIVATE DRIVE(M), CNV, $202 FINE.
10/29/2015, EAGLE PASS, TX, 8 USC 1325 ENTRY WITHOUT INSPECTION(M), CNV, 30 DAYS CONFINEMENT.